IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA TOWNS,

    Plaintiff,

v.

Case No. 17-cv-912-bbc

MICHAEL DITTMAN, KAREN
ANDERSON, KEISHA PERRENOUD,
MERIDETH MASHAK,
DR. DALIA SULIENE, DR. KARL
HOFFMAN, DR. SYED,
KIM CAMPBELL AND D. VALERIUS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

It appearing that there is no just reason for delay, I direct that this final judgment be entered.